UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEXA RUSSELL, on behalf of their son; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAII; et al., <br><br> Defendants - Appellees. | No. 04-15482 <br> D.C. No. CV-03-00654-HG <br><br> **JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 06/29/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 18 2006

by
Deputy Clerk