MOATTGR RMBGR
i

INTERNAL USE ONLY: Proceedings include all events.
04-15482 Russell, et al v. Dept of Education,HI, et al

| | |
|---|---|
| ALEXA RUSSELL, on behalf of their son<br>    Plaintiff - Appellant | Alexa Russell<br>808-889-0941<br>[NTC prs]<br>P O Box 1132<br>Kapaau, HI 96755<br><br>Jean-Claude Andre, Esq.<br>FAX 202/595-1445<br>202/595-1444<br>[COR LD NTC ret]<br>Jean-Claude Andre, Esq.<br>(See above)<br>[COR LD NTC ret]<br>IVEY SMITH & RAMIREZ<br>2602 Cardiff Ave.<br>Los Angeles, CA 90034 |
| GEORGE W. RUSSELL, on behalf of thier son<br>    Plaintiff - Appellant | George W. Russell<br>808-889-0941<br>[NTC prs]<br>P O Box 1132<br>Kapaau, HI 96755<br><br>Jean-Claude Andre, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jean-Claude Andre, Esq.<br>(See above)<br>[COR LD NTC ret] |
| LAAK RUSSELL, a minor<br>    Plaintiff - Appellant | Laak Russell<br>808-889-0941<br>[NTC prs]<br>P O Box 1132<br>Kapaau, HI 96755<br><br>Jean-Claude Andre, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jean-Claude Andre, Esq.<br>(See above)<br>[COR LD NTC ret] |

    v.

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII<br>    Defendant - Appellee | Aaron H. Schulaner<br>FAX            808<br>808/586-1255<br>Room 304<br>[COR LD NTC dcc]<br>Holly T. Shikada<br>FAX            808<br>808/568-1255 |

Docket as of June 27, 2006  2:00 pm                    Page 2    NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.
04-15482 Russell, et al v. Dept of Education,HI, et al
                                    Room 304
                                    [COR LD NTC dag]
                                    AGHI - OFFICE OF THE HAWAII
                                    ATTORNEY GENERAL
                                    235 S. Beretania St.
                                    Honolulu, HI 96813-2406

PATRICIA HAMAMOTO, in her           Aaron H. Schulaner
Official Capacity as                (See above)
Superintendent of Schools           [COR LD NTC dcc]
     Defendant - Appellee           Holly T. Shikada
                                    (See above)
                                    [COR LD NTC dag]


BOARD OF EDUCATION, STATE OF        Aaron H. Schulaner
HAWAII DEPARTMENT OF EDUCATION,     (See above)
Chairperson of the Board of         [COR LD NTC dcc]
Education, State of Hawaii          Holly T. Shikada
     Defendant - Appellee           (See above)
                                    [COR LD NTC dag]


DOES 1-100                          No appearance
     Defendant - Appellee           No appearance



--------------------------------


ACLU OF SOUTHERN CALIFORNIA
     Amicus

ANDREA KUMETZ-COLEMAN               Clare Pastore
     Amicus                         FAX 213/250-3919
                                    213/977-9500
                                    [COR LD NTC ret]
                                    ACLU FOUNDATION OF SOUTHERN
                                    CALIFORNIA
                                    1616 Beverly Blvd.
                                    Los Angeles, CA 90026

                                    Nora Preciado
                                    FAX 714/450-3969
                                    714/450-3962
                                    Ste. 209
                                    [COR LD NTC ret]
                                    ACLU FOUNDATION OF SOUTHERN
                                    CALIFORNIA
                                    2140 W. Chapman Ave.
                                    Orange, CA 92868

D.K., minor                         Clare Pastore
     Amicus                         (See above)
                                    [COR LD NTC ret]

                                    Nora Preciado
```

```
INTERNAL USE ONLY: Proceedings include all events.
04-15482 Russell, et al v. Dept of Education,HI, et al
                          (See above)
                          [COR LD NTC ret]
```