# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

September 1, 2006

District Court/Agency:   USDC, District of Hawaii

Lower Court #            CV03-00654

9th Circuit Appeal #     04-15482

Short title:             Russell v. Dept. of Education, Hawaii

Items returned:

    1    Clerk's Files

        Reporter Transcripts

        Sealed Envelopes

        Expando Files

        Lodged Documents

        Other:

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 0 7 2006
DISTRICT OF HAWAII

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible: