





**Helen Gillmor**
Chief U.S. District Judge

**David Alan Ezra**
U. S. District Judge

**Susan Oki Mollway**
U.S. District Judge

**J. Michael Seabright**
U.S. District Judge

**Alan C. Kay**
Senior U.S. District Judge

**Samuel P. King**
Senior U.S. District Judge

**Barry M. Kurren**
U.S. Magistrate Judge

**Leslie E. Kobayashi**
U.S. Magistrate Judge

**Kevin S.C. Chang**
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT




*Aloha! Today is Friday, 12/29/2006. The local time in the islands is 12:04:32 PM*

| Local Rules | FAQs | Schedule of Fees | Post Judgment Interest Rates | After Hours filing | Mission Statement|
|General Orders |Court Holiday Schedule | Chambers Phone Numbers | Other Court Agency Info | Jury FAQs |

-----------------------------------------------

Court will be closed on Jan 2, 2007 for the National Day of Mourning in honor of President Gerald Ford.

-----------------------------------------------

CM/ECF down for maintenance on 12/29/06 till 10:30am HST

-----------------------------------------------

## Case Management/Electronic Case Files

login to CM/ECF
CM/ECF Training and Registration
General Order Adopting Electronic Case Filing Procedures (Amended 2/1/06)
CM/ECF User's Manual

Public Notice, Reappointment of Incumbent U.S. Magistrate Judge for the District of Hawaii

Job Opening for Court Reporter

The Federal Courthouse is located in the heart of downtown Honolulu. It is in close proximity to the bus lines, the Hawaii Supreme Court, First Circuit Court (State) and historical Iolani Palace. It is 10 minutes from Waikiki and Ala Moana shopping center.

As of January 20, 2006, Judge Mollway's inclination will generally be distributed electronically via CM/ECF and will not be posted on the court's website. Her inclination will only be posted in extraordinary circumstances. To view Judge Mollway's posted inclination, click here.



District of Hawaii Page 2 of 2

Pacer Service Center
Recommended Mediators
Instructions for filling out CJA24
Supreme Court Ammendments
Chambers information including judge's orders e-mail addresses
Training Schedule

**Comments about this website?**