

Rx
12/20/2006
mailed
12/19/2006

To the parents of: Lank Russel
P.O. Box 1132
Kapa'au, H- 96755

EXHIBIT III

LINDA LINGLE
GOVERNOR

PATRICIA HAMAMOTO
SUPERINTENDENT



**STATE OF HAWAI'I**
DEPARTMENT OF EDUCATION
**KOHALA HIGH SCHOOL**
P.O. BOX 279
KAPAAU, HAWAI'I 96755

12/18/2006
Date

To the parents of _____Laak Russell_____ :

Your child, who is currently being home-schooled, has been identified as a student with a disability under the Individuals with Disabilities Education Act (IDEA) and Chapter 56 of the Hawaii Administrative Rules.

Under Hawaii Administrative Rules, Title 8 Department of Education, Chapter 12: Compulsory Attendance Exceptions, §8-12-14, as a student with a disability who is being home-schooled, your child is eligible for the following:

✓ **FAPE**
Your child is eligible to receive a free appropriate public education (FAPE), which includes special education and related services. If you wish to have your child receive these services, please enroll your child in a public school. If you have questions regarding enrollment or services, please contact ___Bert Campbell___ at ___889-7117___.
   Vice Principal                Phone

**Services as a Home-Schooled Student:**
Your child is eligible to receive the special education and related services that have been determined appropriate by his/her Individualized Educational Program (IEP) team. These services are available to your child at his/her home school. If you wish to access special educational and related services at your child's home school, please contact_____ at _____.
        Principal                                        Phone

If your child has or previously had an IEP, the IEP may need to be reviewed/revised.

**Reevaluation:**
The Department of Education proposes to conduct a reevaluation of your child to determine continued eligibility for special education services, as well as determine an appropriate program and placement for your child. The Department proposes this reevaluation because it has been at least three years since your child was last evaluated and found eligible for services. A review of existing evaluation data on your child indicates that the information is no longer current and thus is the basis for this proposal to reevaluate. The procedural safeguards of Chapter 56 are available to parents of students with disabilities who are eligible to receive special education and related services under Chapter 56. If you wish to have a reevaluation conducted or if you need assistance in understanding the provisions of Chapter 56, please contact
_____ at _____.
        Principal                                        Phone

If we do not hear from you by, ___1/4/2007___ we will accept this as your decision to
                                (mm/dd/yy)

decline the above checked service(s) for your child, and document it as such.

Attachment: Procedural Safeguards Notice for Parents and Students          FAPE Letter—4140 HOME-SCHOOL
                                                                          July 06