# UNSAFE

## DO NOT ENTER OR OCCUPY
### (THIS PLACARD IS NOT A DEMOLITION ORDER)

This structure has been inspected, found to be seriously damaged and is unsafe to occupy, as described below:

_Several posts under first floor have failed._
_Wall separated from wall 1st floor._
_Floor dropped 1" in kitchen_

Date _10/23/06_
Time _3:45 PM_

This facility was inspected under emergency conditions for:
_COUNTY OF HAWAII_
(Jurisdiction)

Inspector ID / Agency
_Clifford Lau_

CALL: _961-8604_

Do not enter, except as specifically authorized in writing by jurisdiction. Entry may result in death or injury.

Facility Name and Address:
_52-170 Makapala Road_

_FROM OCTOBER 15, 2006 EARTHQUAKE_

Do Not Remove, Alter or Cover this Placard until Authorized by Governing Authority

**EXHIBIT IV**