ALEXA RUSSELL
GEORGE RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapaau, HI 96755
(808) 889-0941
ahr6928@msn.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALEXA and GEORGE RUSSELL on behalf of their son, LAAK RUSSELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of schools, and CHAIRPERSON of the BOARD OF EDUCATION, STATE OF HAWAI'I, and DOES 1-100, <br><br> Defendants. | CIVIL NO. 03-00654 HG-BMK <br><br> COPY OF RECEIPT BY "KHS" OF RESPONSE LETTER TO PLAINTIFF'S EXHIBIT III TO KOHALA HIGH SCHOOL ["KHS"] FOR THE RECORD; CERTIFICATE OF SERVICE. |

COPY OF RECEIPT BY "KHS" OF RESPONSE LETTER TO PLAINTIFF'S
EXHIBIT III TO KOHALA HIGH SCHOOL ["KHS"] FOR THE RECORD

Attached herein is a copy of the receipt by KHS of the response letter to KHS submitted

to this Honorable Court. The letter is regarding FAPE found as EXHIBIT III in the:

PLAINTIFF'S RESPONSE TO, "ORDER REISTATING COMPLAINT AND
DENYING PLAINTIFF'S REQUEST FOR DEPARTMENT OF EDUCATION,
STATE FOR APPOINTMENT OF HAWAI'I, and PATRICIA COUNSEL AND
GRANTING HAMAMOTO, in her official capacity as PLAINTIFF'S LEAVE
TO FILE Superintendent of schools, and NEW REQUEST FOR CHAIRPERSON
of the BOARD OF APPOINTMENT OF COUNSEL" ["RESPONSE TO
REINSTATEMENT"]

DATED:    JANUARY 2, 2007    KAPAAU, HAWAI'I


_____
ALEXA RUSSELL

_____
GEORGE WILLIAM RUSSELL

_____
LAAK GEORGE WILLIAM RUSSELL