Tues., Jan. 02, 2007

This letter is in receipt of the Russell's response to the FAPE letter sent cert. to their P.O.. The response deadline of today, Jan 2nd, 2007, has been received by me, Teresa Marquez, and will be forwarded to Burt Campbell, KHS-VP.

Teresa Marquez
Clerk Typist
KHS

Kohala High School
P.O. Box 279
Kapaau, Hawaii 96755