# CERTIFICATE OF SERVICE

We hereby certify that a copy of the above and foregoing document was duly served on this 2nd day of JANUARY 2007 to the entities below and that a copy was mailed via U. S. Mail at their last known addresses below:

MARK J. BENNETT, Attorney General for the State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813

PATRICIA HAMAMOTO, Superintendent, DOE, State of Hawai'i
The Queen Lili'okalani Building, Room 309
Honolulu, Hawai'i 96813

DATED:   KAPAAU, HAWAI'I         JANUARY 2, 2007

_____
ALEXA RUSSELL

_____
GEORGE WILLIAM RUSSELL

_____
LAAK GEORGE WILLIAM RUSSELL