ALEXA RUSSELL
GEORGE RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapaau, HI 96755
(808) 889-0941
ahr6928@msn.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2007

at ___ o'clock and ___min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALEXA and GEORGE RUSSELL on behalf of their son, LAAK RUSSELL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of schools, and CHAIRPERSON of the BOARD OF EDUCATION, STATE OF HAWAI'I, and DOES 1-100,<br><br>Defendants. | CIVIL NO. 03-00654 HG-BMK<br><br>RESPONSE LETTER TO PLAINTIFF'S EXHIBIT III TO KOHALA HIGH SCHOOL FOR THE RECORD CERTIFICATE OF SERVICE. |

RESPONSE LETTER TO PLAINTIFF'S EXHIBIT III
TO KOHALA HIGH SCHOOL FOR THE RECORD

Attached herein is a copy of the plaintiff(s) response letter to Kohala High School

["KHS"]. The letter is regarding FAPE and can found as EXHIBIT III in the:

> PLAINTIFF'S RESPONSE TO, "ORDER REISTATING COMPLAINT AND DENYING PLAINTIFF'S REQUEST FOR DEPARTMENT OF EDUCATION, STATE FOR APPOINTMENT OF HAWAI'I, and PATRICIA COUNSEL AND GRANTING HAMAMOTO, in her official capacity as PLAINTIFF'S LEAVE TO FILE Superintendent of schools, and NEW REQUEST FOR CHAIRPERSON of the BOARD OF APPOINTMENT OF COUNSEL" ["RESPONSE TO REINSTATEMENT"]

DATED:   JANUARY 2, 2007   KAPAAU, HAWAI'I

_____
ALEXA RUSSELL

_____
GEORGE WILLIAM RUSSELL

_____
LAAK GEORGE WILLIAM RUSSELL