Mrs. Alexa Russell
Mr. George William Russell
Mr. Laak George William Russell
P. O. Box 1132
Kapaau, HI 96755

(808) 889-0941
ahr6928@msn.com

Attn:   Kohala High School
Re:     FAPE

January 2, 2007

We are in receipt of your letter regarding your admission that you are responsible to provide FAPE to Mr. Laak Russell. Your self-imposed deadline for our response to you response is January 2, 2007. This day has been declared a National Day of Observance for deceased President Gerald Ford. We are however, responding to your request.

You will provide services, including safe transportation, as follows:

1) Preparation and provision for Mr. Laak Russell to take the GED within 30 days from today on the grounds of Kohala High School;
2) This includes all special accommodations for taking the GED;
3) Technology support, including a 2006 Macintosh Pro Notebook Laptop;
4) Physical Therapy – both at KHS campus and North Hawaii Community Hospital Rehab Department – you are to provide and pay for safe transportation;
5) Occupational Therapy – both at KHS campus and North Hawaii Community Hospital Rehab Department – you are to provide and pay for safe transportation;
6) Speech Therapy – both at KHS campus and North Hawaii Community Hospital Rehab Department – you are to provide and pay for safe transportation;
7) College Preparation for Astronomy, History, English, Cinema Critique and Political Science;
8) College Counseling.

There will be no IEP process and the above services will be implemented immediately.

All communication regarding this matter will continue to be writing.

Thank you for time and attention to this matter.

Mrs. Alexa Russell
Mr. George William Russell
Mr. Laak George William Russell

Delivered, by hand, in person, to Kohala High School on this 2nd Day January 2007