ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

AARON H. SCHULANER       6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2007

at 2 o'clock and 5 min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALEXA and GEORGE W. RUSSELL, on behalf of their son, LAAK RUSSELL, a minor<br><br>       Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools; and CHAIRPERSON OF THE BOARD OF EDUCATION, STATE OF HAWAII, and DOES 1-100,<br><br>       Defendants. | CIVIL NO. 03-00654 HG-BMK<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER REINSTATING COMPLAINT AND DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL AND GRANTING PLAINTIFF'S LEAVE TO FILE NEW REQUEST FOR APPOINTMENT OF COUNSEL; CERTIFICATE OF SERVICE |

219119_2.DOC

DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER
REINSTATING COMPLAINT AND DENYING PLAINTIFF'S REQUEST FOR
APPOINTMENT OF COUNSEL AND GRANTING PLAINTIFF'S LEAVE TO
FILE NEW REQUEST FOR APPOINTMENT OF COUNSEL

Defendants, by and through their attorneys, Attorney General of Hawaii

Mark J. Bennett, and Deputy Attorneys General Aaron H. Schulaner and Holly T.

Shikada, hereby submit this response to Plaintiffs' response to the Court's Order

Reinstating Complaint and Denying Plaintiffs' Request for Appointment of

Counsel and Granting Plaintiffs' Leave to File New Request for Appointment of

Counsel.

The Court allowed Plaintiffs to "move for appointment of counsel with

appropriate supporting documentation, including a current financial affidavit and

evidence as to their efforts to retain counsel, or to find new counsel[,]" by January

2, 2007.  Order at page 7.

In reviewing Plaintiffs' January 4, 2007 filing it does not appear to include

the supporting documentation ordered by the Court.  Specifically, there are no

affidavits attached to the filing, even though the filing refers to attached *in forma*

*pauperis* affidavits.  Plaintiffs' Response at page 5.  In regards to efforts to find

counsel, there is an insufficient description of those efforts. As such, the request

for appointment of counsel should be denied.

DATED:    Honolulu, Hawaii, January 5, 2007.

MARK J. BENNETT
Attorney General of Hawaii


AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALEXA and GEORGE W. RUSSELL, on behalf of their son, LAAK RUSSELL, a minor | Civil No. CV 03-00654 HG/BMK |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| vs. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools; and CHAIRPERSON OF THE BOARD OF EDUCATION, STATE OF HAWAII, and DOES 1-100, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly mailed by U.S. mail, postage prepaid:

> TO:   ALEXA and GEORGE RUSSELL
>         P.O. Box 1132
>         Kapa'au, Hawaii  96755
>
>         Plaintiffs *pro se*

219119_2.DOC

DATED: Honolulu, Hawaii, January 5, 2007.


MARK J. BENNETT
Attorney General of Hawaii


AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendants