

**FILED**

UNITED STATES COURT OF APPEALS

JAN 0 8 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXA RUSSELL, on behalf of their son; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAII; et al., <br><br> Defendants - Appellees. | No. 04-15482 <br><br> D.C. No. CV-03-00654-HG <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2007

at 2 o'clock and 30 min P M
SUE BEITIA, CLERK

Before: B. FLETCHER, Circuit Judge.

Appellee's opposed motion for an award of costs is denied. Appellant's request for cost is granted in part. Costs are taxed against appellee in the amount of $ 122.90. *See Studiengesellschaft Kohle mbh v. Eastman Kokak Company*, 713 F.2d 128, 131 (5th Cir. 1983)

A certified copy of this order sent to the district court shall serve to amend the court's mandate.

OPS/tug/04-15482

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 8 2007

by Deputy Clerk