# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai`i 96813-4317

www.DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418

NEIGHBOR ISLANDS
Maui: 877-7500
Hawai`i: 326-3200
Kaua`i: 245-6100

STANLEY E. LEVIN
slevin@DavisLevin.com

January 9, 2007

Alexa Russell
Post Office Box 1132
Kapa'au, Hawaii  96755

RE:  RUSSELL v. DOE, CV NO.: 03-654

Dear Ms. Russell,

Thank you for speaking with my paralegal and for forwarding me information about this case. I have reviewed the information and it has been determined that this office will be unable to represent your interests in this matter.

I suggest you seek the opinion and assistance of other counsel in this matter. You may wish to contact the State Bar Association's, Lawyers Referral Services (537-9140), to assist you.

Thank you for considering this office. I wish you luck.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/bpe

DATED:    JANUARY 11, 2007  KAPAAU, HAWAI'I

_____
ALEXA RUSSELL

_____
GEORGE W. RUSSELL

_____
LAAK G. W. RUSSELL