## CERTIFICATE OF SERVICE

We hereby certify that a copy of the above and foregoing document was duly served on this 11th day of January 2007 to the entity below and that a copy was mailed via U. S. Mail at the last known address below:

MARK J. BENNETT, Attorney General for the State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813

DATED: January 7, 2007

_____
ALEXA RUSSELL

_____
GEORGE W. RUSSELL

_____
LAAK G. W. RUSSELL