

**STATE OF HAWAI'I**
DEPARTMENT OF EDUCATION
**NORTH HAWAI'I REGIONAL SPECIAL EDUCATION OFFICE**
HAMAKUA AND KOHALA COMPLEXES
c/o HONOKA'A HIGH SCHOOL
45-527 PAKALANA STREET, ROOM E2A
HONOKA'A, HAWAI'I 96727-0299

July 11, 2003

George and Alexa Russell
P.O. Box 1132
Kapa'au, Hawaii 96755

    Re: <u>In the Matter of Laak Russell, DOE 2003-052</u>

Dear Mr. and Mrs. Russell:

    This is in response to your settlement proposal dated July 7, 2003. The Department Of Education ("DOE") rejects your offer of settlement. $25,000 is far more than what you would have been reimbursed if you had complied with the DOE rules for mileage reimbursement. Further, the DOE cannot agree to purchase a laptop computer for Laak. The DOE just purchased a new desktop computer for Laak, with supplies. However, in the spirit of resolving this matter without the need for hearing, the following is proposed as DOE's counteroffer to you:

1. DOE will pay you the total sum of $7,407.00. This amount is equal to what would have been paid to you for mileage for the 1997-1998, 1998-1999, 1999-2000, 2000-2001, and 2002-2003 school years, if you had submitted the necessary paperwork to process the mileage claims.

2. For as long as Laak qualifies for transportation as a related service in his IEP, you agree to use the DOE bus transportation service beginning with the next school year. This will continue until you can show proof of automobile insurance and current car registration.

    If the counteroffer is acceptable to you, the DOE will prepare the settlement agreement. This counteroffer will remain open until July 25, 2003, close of business. This counteroffer is made pursuant to Rule 408, Federal Rules of Evidence, and its state counterpart.

Sincerely,

*Katherine Tolentino*

Katherine Tolentino

EXHIBIT "I"