Form CCISS 4140, Rev. 1/02, RS 02-1337 (Rev. of RS 00-1154)



**STATE OF HAWAI'I**
**DEPARTMENT OF EDUCATION**
P.O. BOX 2360
HONOLULU, HAWAI'I 96804

# EXCEPTIONS TO COMPULSORY EDUCATION

STUDENT __RUSSELL__ __LAAK__ __GW__   Student I.D. No. __3739201115__   Birth Date __12/17/87__
              Last          First          Middle

Telephone Number __889-0941__   Address __P.O. Box 1132__   __Kapaau__   __96755__
                                              Street          City       Zip

School __Kohala High School__   District __Hawaii__   Grade __11__

A. I hereby request that the above named child be withdrawn from school for the _____ school year for the reason checked below in accordance with HRS §302A-1132 (see back of form):

Father _____ Signature _____ Date _____
       (print or type name)

Mother _____ Signature _____ Date _____
       (print or type name)

Other _____ Signature _____ Date _____
       (print or type name)

___ 1. Physical or mental reason(s). (Attach certificate of duly licensed physician)

Principal's Signature _____ Date _____   Complex Area Superintendent's Signature _____ Date _____
___ Approval recommended                   ___ Approval granted
___ Approval not recommended               ___ Approval not granted

___ 2. Suitable employment after age 15. (Attach verification of minor's employment status)

Principal's Signature _____ Date _____   Complex Area Superintendent's Signature _____ Date _____
___ Approval recommended                   ___ Approval granted
___ Approval not recommended               ___ Approval not granted

___ 3. Family Court Judge's approval _____ (Attach verification)
                                     Judge's Signature   Date

___ 4. Alternative educational program other than home schooling. (Attach professional staff qualifications and child's instructional program)

Program Name and Address _____ Phone _____

Principal's Signature _____ Date _____   Complex Area Superintendent's Signature _____ Date _____
___ Approval recommended                   ___ Approval recommended
___ Approval not recommended               ___ Approval not recommended

B. I hereby inform you that the above named child will be home schooled from __11/21/03__
                                                                              Date

Date received by school: __11/21/03__

Acknowledged: __[signature] Catherine Pratt__ __11/21/03__     __[signature] GW Russell__ __11/21/03__
              Principal's Signature          Date               Parent's Signature        Date
                                                               __[signature]__ __11-25-03__
                                                               Complex Area Superintendent's Signature  Date

DISTRIBUTION: WHITE (original) - Parents; CANARY - Complex Area Superintendent; PINK - School

Form 4140                                           EXHIBIT "II"

ALEXA RUSSELL
GEORGE W. RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapa'au, Hawai'i 96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | |
|---|---|
| ALEXA RUSSELL, GEORGE W. RUSSELL, And LAAK RUSSELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION ["DOE"], STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools for the State of Hawai'i and the Board of Education for the State of Hawai'i and DOES 1-100, by and through their Attorney, MARK J. BENNETT, Attorney General for the State of Hawai'i. | CIVIL NO. 03-00654 <br><br><br><br><br> **DECLARATION** <br> ALEXA RUSSELL, <br> GEORGE W. RUSSELL, <br> AND LAAK RUSSELL; <br><br><br><br> The Honorable <br> HELEN GILLMOR <br> Chief U. S. District Judge, <br> District of Hawai'i |

## DECLARATION

We declare the above and foregoing to be true to the best of our knowledge and are competent to testify to the same.

DATED:    MARCH 8, 2007        KAPA'AU, HAWAI'I

_____
ALEXA RUSSELL, Plaintiff *Pro Se*

_____
GEORGE W. RUSSELL, Plaintiff *Pro Se*

_____
LAAK RUSSELL, Plaintiff *Pro Se*

1