Patricia C. Bergin
District Superintendent, Hawaii District
Department of Education

James Scanlon
Educational Specialist, Hawaii District
Special Education

Representatives for
DEPARTMENT OF EDUCATION

BEFORE THE CHAPTER 36
ADMINISTRATIVE HEARING OFFICER
APRIL 30, 1997

In re: matter of )
ALEXA RUSSELL )
on behalf of )
LAAK RUSSELL, )
 )
        Petitioner, ) STIPULATION OF SETTLEMENT
 )
vs. )
 )
DEPARTMENT OF EDUCATION, )
 )
        Respondent. )
 )

## STIPULATION OF SETTLEMENT

    IT IS HEREBY STIPULATED by the parties hereto, through their representatives, that the parties have settled the above entitled case, and the projected administrative hearing, scheduled for May 22, 1997, is not required. The terms of the settlement are as follows:

1.    The Department of Education agrees that a transportation provision has been included in Laak's IEP for the years 1990-1997, and further agrees to provide retro-active mileage reimbursement compensation for those years. The rate of compensation for mileage reimbursement is $.30 per mile as established in Section 8-27-2 of Chapter 27 (Hawaii Administrative Rules, Title 8, Department of Education, Subtitle 2, Education Part 1). This reimbursement to be paid through the Department of Accounting and General Services. Mileage reimbursement will be for verifiable dates of attendance at school and at Extended School Year/Summer School. The cumulative number of days of attendance for that period is 1,190 up to and including April 21, 1997. Mileage reimbursement after April 21, 1997 is to be provided through filing by Alexa Russell of the necessary forms which are provided with this settlement agreement including form CS-101 and Monthly Personal Automobile Mileage Vouchers. Daily mileage to and from school of 14 miles is accepted by the Department of Education as stated in Alexa Russell's request for private car reimbursement letter of March 6, 1997. The total reimbursement amount is $4,998.00. Upon execution of settlement, the DOE will process payment as soon as possible. The payment process normally takes about six to eight weeks (tentative date of payment by July 18, 1997).

APPENDIX "A"

EXHIBIT "B"

2. The Department of Education has already provided a laptop computer for Laak's use at school. The Department of Education agrees to allow Laak the opportunity to bring the laptop computer home for use in completing his homework assignments and back to school again for daily use during school hours.

3. The Department of Education, Kohala Elementary School, agrees to assign Julia Rooney or another qualified individual to assist Laak in learning computer programs such as WRITING CENTER and CLARISWORKS.

4. The Department of Education, Kohala Elementary School, agrees to develop a new Individualized Educational Program in May or June of 1997 to be implemented for Laak during his 5th grade year 1997-98.

5. The Department of Education, Hawaii District Office, agrees to arrange a meeting with a representative from the State Department of Education's Facilities & Support Services Branch, Alexa Russell, Eleanor Laszlo, and James Scanlon at Kohala Elementary School and Kohala Intermediate & High School's Halaula Annex for the purpose of discussing accessibility requirements for Laak as he enters his 5th grade year at Kohala Elementary School and as he enters his 6th grade year at the Halaula Annex. This meeting is to be arranged on a mutually agreeable date prior to July 30, 1997.

6. Nothing contained in this document shall be construed as an admission of fault or guilt by the Department of Education or any of its employees in this matter.

7. It is agreed by both the Department of Education and Alexa Russell that the terms of this settlement are and shall remain confidential with the understanding that parties which may need to approve, certify, or otherwise implement any part or parts of the agreement are accepted as needing to know to the extent of their required participation.

DATED: Kohala, Hawaii, _____May 22_____, 1997.

_____
Alexa Russell
Mother of Laak Russell

_____
James A. Scanlon
Department of Education, Special Education

_____
Eleanor Laszlo
Principal, Kohala Elementary School