
*RX 8/25/2003*

COPY

Mr. And Mrs. George Russell
P. O. Box 1132
Kapa'au, Hawai'i 96755

PHONE        (808) 889-0941
FAX          (808) 889-1412 (unlisted)
ahr6928@msn.com

DEPT. OF COMMERCE
AND CONSUMER AFFAIRS

2003 AUG 21  A 9: 18

HEARINGS OFFICE

OFFICE OF ADMINISTRATIVE HEARINGS
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

| | |
|---|---|
| In the Matter of | DOE 2003-052 |
| LAAK RUSSELL, by and through his parents, ALEXA and GEORGE RUSSELL, | CORRESPONDENCE TO PROPOSED SETTLEMENT OFFER FROM JULY 7, 2003 THROUGH AUGUST 17, 2003; DECLARATION; CERTIFICATE OF SERVICE. |
| Petitioners, | |
| vs. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII | |
| Respondent. | |

CORRESPONDENCE TO PROPOSED SETTLEMENT
OFFER FROM JULY 7, 2003 THROUGH AUGUST 18, 2003

Enclosed herewith are copies of the correspondence between Petitioners and Respsondent[s] regarding the Proposed Settlement Offer emailed by the Petitioners on July 7, 2003. Correspondence is dated from July 7, 2003 through August 17, 2003. Filing dated the week of August 18, 2003 through August 22, 2003 as their appeared to a pending settlement.

Dated: August 18, 2003                                          San Diego, CA

_Alexa Russell_
Alexa Russell, Pro Se, for the Petioners

EXHIBIT "C"

**Hotmail**® ahr6928@msn.com                                Inbox  |  Previous Page

From: "Alexa Henderson-Russell" <ahr6928@msn.com>
To: <gary.k.kam@hawaii.gov>
CC: "Alexa" <ahr6928@msn.com>, <geoh2@msn.com>
Subject: Russell v. DOE - DOE 2003 - 052
Date: Mon, 7 Jul 2003 19:05:18 -1000
Attachment: GaryKamLaakDoeJuly72003.doc (302k)

Alexa, George and Laak Russell, Petitioners
P. O. Box 1132
Kapaau, Hawaii 96755

(808) 889-0941
ahr6928@msn.com

July 7, 2003

Mr. Gary K. H. Kam, Esq., Attorney for the Respondent
235 South Beretania Street
Honolulu, Hawaii 96813

P (808) 586-1255
F (808) 586-1488
gary.k.kam@hawaii.gov

Dear Mr. Kam,

Please find attached herewith our PETITIONERS SETTLEMENT PROPOSAL as per our telephonic Prehearing Conference June 20, 2003.

The proposal somewhat rough, however, it is quite lengthy as it includes exhibits of legal authorities. It is also subject to change if we do not reach a timely settlement agreement prior to the Hearing September 2, 2003.

If you are not able to open said document attachment please let us know either via email or U.S. mail and we will print it out for you and send you a copy via U.S. Mail Certified Return Receipt to the above address.

Thank you for your time and attention to this matter.

Sincerely,

Alexa Russell
George Russell
Laak Russell

LINDA LINGLE
GOVERNOR



**STATE OF HAWAI'I**
DEPARTMENT OF EDUCATION
**NORTH HAWAI'I REGIONAL SPECIAL EDUCATION OFFICE**
HAMAKUA AND KOHALA COMPLEXES
c/o HONOKA'A HIGH SCHOOL
45-527 PAKALANA STREET, ROOM B2A
HONOKA'A, HAWAI'I 96727-0299

July 11, 2003

George and Alexa Russell
P.O. Box 1132
Kapa'au, Hawaii 96755

Re: In the Matter of Laak Russell, DOE 2003-052

Dear Mr. and Mrs. Russell:

This is in response to your settlement proposal dated July 7, 2003. The Department Of Education ("DOE") rejects your offer of settlement. $25,000 is far more than what you would have been reimbursed if you had complied with the DOE rules for mileage reimbursement. Further, the DOE cannot agree to purchase a laptop computer for Laak. The DOE just purchased a new desktop computer for Laak, with supplies. However, in the spirit of resolving this matter without the need for hearing, the following is proposed as DOE's counteroffer to you:

1. DOE will pay you the total sum of $7,407.00. This amount is equal to what would have been paid to you for mileage for the 1997-1998, 1998-1999, 1999-2000, 2000-2001, and 2002-2003 school years, if you had submitted the necessary paperwork to process the mileage claims.

2. For as long as Laak qualifies for transportation as a related service in his IEP, you agree to use the DOE bus transportation service beginning with the next school year. This will continue until you can show proof of automobile insurance and current car registration.

If the counteroffer is acceptable to you, the DOE will prepare the settlement agreement. This counteroffer will remain open until July 25, 2003, close of business. This counteroffer is made pursuant to Rule 408, Federal Rules of Evidence, and its state counterpart.

Sincerely,

*Katherine Tolentino*

Katherine Tolentino

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER

**Hotmail**® ahr6928@msn.com

Inbox | Previous Page

From: "Alexa Henderson-Russell" <ahr6928@msn.com>
To: kate_tolentino@notes.k12.hi.us
CC: ahr6928@msn.com, h2now@msn.com, gary.k.kam@hawaii.gov
Date: Mon, 21 Jul 2003 10:13:16 -1000
Attachment: AHRLaakSettlementProposal7212003.doc (37k)

July 21, 2003

Please find attached herewith our response to your "counteroffer" dated July 11, 2003.

Thank you,

Mr. and Mrs. George Russell
Mr. Laak Russell

3

Mr. And Mrs. George Russell  (808) 889-0941
Mr. Laak Russell           FAX  (808) 889-1412 (unlisted)
P. O. Box 1132                  ahr6928@msn.com
Kapa'au, Hawai'i  96755

July 21, 2003       SENT VIA FAX; EMAIL ; U. S. CERTIFIED MAIL ,
                    RETURN RECEIPT REQUESTED ("USCMRRR");
                    USCMRRR TO K. TOLENTINO ONLY;
                    # 7000 1670 0001 4441 6711

Ms. Katherine Tolentino                    (808) 775-8895
State of Hawai'i DOE,           FAX        (808) 775-8898
North Hawai'i Regional Special Education Office
Hamakua and Kohala Complexes    kate_tolentino@notes.k12.hi.us
c/o Honoka'a High School
45-527 Pakalana Street, Room E2A
Honoka'a, Hawai'i  96727-0299

Dear Ms. Tolentino,

    We are in receipt of your letter dated July 11, 2003, which was received July 16, 2003, and we thank you for it.
    After much consideration we have decided accept your "counteroffer" of item # 1: $7,407.00. A time period of 5 working days from today should suffice.
    Regarding item # 2: If the DOE is going to provide Laak the Federally mandated door to door bus service to and from his home in a specially adapted bus pursuant to 20 USC 1401 et. seq. and 34 CFR 300.16 et. seq.,  we are willing to look at that option for future transportation needs.
    When drafting your counteroffer please make it very clear in your draft settlement proposal that this settlement specifically relates to previously incurred mileage expenses from the school years April 21, 1997 through and ending in June 2003 and is therefore a parental incurred expense mileage reimbursement as was the April 21, 1997 settlement agreement previously entered into.
    Please also make your draft proposal to the attention of Alexa Russell for review.
    Thank you for your time and attention to this matter.

*Mahalo and Sincerely,*
Alexa Russell, George Russell, Laak Russell

cc:  Gary K.H. Kam, Esq.,              gary.k.kam@hawaii.gov
     Attorney for the DOE              (808) 586-1255
     235 South Beretania Street        FAX (808) 586-1488
     Honolulu, HI 96813

```
                HILLCREST STATION
                SAN DIEGO, California
                    921039998
                  0567760103-0095
07/21/2003      (800)275-8777      04:46:51 PM

                --- Sales Receipt ---
Product          Sale    Unit         Final
Description      Qty     Price        Price

HONOKAA HI 96727                      $0.37
First-Class
    Return Receipt                    $1.75
    Certified                         $2.30
    Label Serial #:  70001670000144416711
    Customer Postage                 -$3.33
    Subtotal:                         $1.09
                                    ========
                Issue PVI:            $1.09


Total:                                $1.09

Paid by:
Cash                                  $5.00
Change Due:                          -$3.91


Bill#:  1000501522360
Clerk:  10

             Refunds only per DMM P014
        ----- Thank you for your business -----
                    Customer Copy
```



5

**Hotmail®** ahr6928@msn.com                                              Inbox | Previous Page

From: "Alexa Henderson-Russell" <ahr6928@msn.com>
To: kate_tolentino@notes.k12.hi.us
CC: h2now@msn.com, ahr6928@msn.com, gary.k.kam@hawaii.gov
Date: Wed, 23 Jul 2003 07:07:53 -1000

Mr. and Mrs. George Russell
Mr. Laak Russell
P. O. Box 1132
Kapa'au, Hawai'i 96755

ahr6928@msn.com

July 23, 2003

Ms. Katherine Tolentino
State of Hawai'i DOE
North Hawai'i Regional Special Education Office
Hamakua and Kohala Complexes
c/o Honoka'a High School
45-527 Pakalana Street, Room E2A
Honoka'a, Hawai'i 96727-0299

Sent via email and FAX, 808-775-8898, July 23, 2003

Dear Ms. Tolentino,

We are in receipt of your voice mail of Tuesday July 22, 2003 at 11:38 a.m..

In your voice mail message you stated that:

1) You recived our letter regarding our response to your "counteroffer", and;

2) You wish to discuss the period of time to reimburse us, and;

3) Also iscuss using a different term term than mileage as you "not able to call it mileage" (perhap's transportation reimbursement can be used?), and;

4) The door to door or "curb to curb transportation issue".

You left your phone number 808-775-8895.

Alexa is in California and can be reached this morning (Hawai'i Time) at 619-296-4983. She would appreciate a phone call and/or email from you regarding your concerns and what can be done in reaching an amicable and quick resolution to this possible settlement. Time is of the essence.

Thank you.

Mr. and Mrs. George Russell
Mr. Laak Russell

# Hotmail® ahr6928@msn.com

**From:** "Alexa Henderson-Russell" <ahr6928@msn.com>
**To:** Kate_Tolentino/HAWAIIDO/HIDOE@notes.k12.hi.us
**CC:** ahr6928@msn.com, h2now@msn.com, gary.k.kam@hawaii.gov
**Subject:** Letter Number Two 7 23 2003 Re: Laak Russell
**Date:** Thu, 24 Jul 2003 04:37:04 -1000

July 23, 2003

Dear Kate,

Please also note that as per your letter below that it is a mistake to create a settlement agreement that relates to past conduct and tie it to arrangements that may or may not exist in the future.

Meaning:

The settlement agreement that we are in discussion for is specific to the years (and dates) of April 21, 2003 (prior to the IDEA of 1997 and the finalization of the IDEA of 1999) through the year and date of june 8, 2003.

   The basic problem is the idea of door to door transportation, or as you chose to call it, curb to curb. Both of these concepts mean that the school must provide for transportation from the home of the student to the school whether from the front door or the curb of the street directly in front of the house.

        To suggest that Laak go one down the road to the main highway is impossible.

          The solution is simply that the schooll itself must either procure a 4-wheel drive vehicle appropriately adapted for us to transport Laak or hire a private vendor to do it with an appropriately equipped and adapted vehicle.

           Those are the laws and requirments. And we must conform out sgreement accordingly.

             I strongly suggest that the disposition of the past problems should not mention future matters at all. And these should be matters to resolve in the future in a formal IEP procedure.

What you are obviously attempting to do by stipulating your own interprepation of the IDEA related services regulation for transporation is unconsionable and creates an unfair and uneven legal playing field.

We agreed to settle for $7,400 for past conduct by the DOE but not any future services as those services must, by law, be formally discussed and impleted by a formal and complete IEP procedure.

*We are sure you know this.*

Also, while are still interested in your settlement "counteroffer" to wait any length of time over two weeks to receive a payment for this settlement is unreasonable as the purpose of settlement to avoid costly hearings, either due process hearings or courtroom litigation including hearings.

Please respond to this email as soon as you can before the July 25 deadline as per your "counteroffer".

Thank you.

Alexa, George and Laak Russell

From: Kate_Tolentino/HAWAIIDO/HIDOE@notes.k12.hi.us

To: Ahr6928@msn.com
Date: Wed, 23 Jul 2003 09:19:32 -1000

I received your e-mail dated July 23, 2003. Thank you for responding. We are currently working with our budget section on the appropriate verbage to use to address the proposed reimbursement.

We will not be able to reimburse you within 5 days as requested in your letter dated July 21, 2003. I will update you as soon as possible as to the approximate reimbursement timetable.

"Curb-to-curb transportation" will be the term used in the agreement. The transportation arrangement for Laak will be a morning pick up at the bottom of your road, because the bus is not able to safely navigate the road up to your house, and drop off at the designated place at Kohala High School. In the afternoon, Laak will be dropped off at the bottom of your road.

Please indicate if you are in agreement with these terms.

Thank you.

>From: Kate_Tolentino/HAWAIIDO/HIDOE@notes.k12.hi.us
>To: Ahr6928@msn.com
>Subject: Laak Russell
>Date: Tue, 29 Jul 2003 12:21:44 -1000
>
>July 29, 2003
>
>Dear Mrs. Russell,
>
>We are in receipt of your e-mail letter dated July 23, 2003.
>
>The Department of Education will reimburse you for the expenses you have
>incurred in the amount of $7,407.00 as agreed to in your July 21, 2003
>letter to me via e-mail. As I stated in my July 23, 2003 e-mail letter to
>you, we will not be able to reimburse you within 5 days of a settlement
>being reached.
>
>Any issues regarding transportation will be deferred to Laak's IEP team.
>
>
>Please indicate if you are in agreement with this offer.
>
>

9

**Hotmail**® ahr6928@msn.com

Inbox | Previous Page

From: "Alexa Henderson-Russell" <ahr6928@msn.com>
To: Kate_Tolentino/HAWAIIDO/HIDOE.HIDOE@notes.k12.hi.us
CC: ahr6928@msn.com, h2now@msn.com, gary.k.kam@hawaii.gov
Subject: Re: From Alexa - Re: Laak Russell
Date: Mon, 04 Aug 2003 11:37:22 -1000

August 4, 2003

Dear Kate,

Please take notice and please reread your letter below. We would appreciate an explaination as your letter dated Sunday August 3, 2003 as written below makes no sense.

What is the exact timeframe and when will your settlement offer be ready as the July 25, 2003 deadline has passed.

Thank you.

Alexa Russell
George Russell
Laak Russell


From: Kate_Tolentino/HAWAIIDO/HIDOE.HIDOE@notes.k12.hi.us
To: "Alexa Henderson-Russell" <ahr6928@msn.com>
Subject: Re: From Alexa - Re: Laak Russell
Date: Sun, 3 Aug 2003 14:48:19 -1000


We have received your e-mail letter dated July 30, 2003.

Your letter stated that you wanted the Department of Education to reimburse

you prior to the begininng of the 2003-2004 School Year. We are in agreement on this timeline.

The Department of Education will agree to reimburse you within three months

of the signed settlement agreement.

10

http://by5fd.bay5.hotmail.msn.com/cgi-bin/getmsg?curmbox=F000000001&a=654e25e37...    9/14/2003

# Hotmail® ahr6928@msn.com

**From:** Kate_Tolentino/HAWAIIDO/HIDOE.HIDOE@notes.k12.hi.us
**To:** "Alexa Henderson-Russell" <ahr6928@msn.com>
**Subject:** Re: From Alexa - Re: Laak Russell
**Date:** Tue, 5 Aug 2003 20:41:13 -1000

August 5, 2003

Dear Mrs. Russell:

This letter is being sent in order to clarify my e-mailed letter dated 8/3/03. In reviewing the letter, I realize that I made an error and apologize for any confusion that may have caused.

Although you indicated in your e-mailed letter dated 7/30/03 that you were accepting the Department of Education's reimbursement offer, you changed the terms of the offer by stating that you were accepting the offer "...provided that the settlement check comes from the DOE in a reasonable time (well before school starts)".

In response to your 7/30/03 statement, it was necessary that I inform you that the Department of Education was not in agreement with the terms of reimbursement stated in your 7/30/03 letter.

The Department of Education agrees to reimburse you in the amount of $7407.00 within three months of the signed settlement agreement. I am unable to give you a date for the settlement agreement because we have not reached an agreement.

The offer of $7407.00 paid within three months of the signed settlement agreement is the Department's final offer.

Thank you.

**Hotmail**® ahr6928@msn.com                                                  Inbox | Previous Page

From : "Alexa Henderson-Russell" <ahr6928@msn.com>
To : gary.k.kam@hawaii.gov
CC : ahr6928@msn.com, h2now@msn.com
Subject : Laak Russell DOE 2003-052
Date : Sun, 17 Aug 2003 05:33:36 -1000

August 17, 2003

Mr. and Mrs. George Russell
P. O. Box 1132
Kapaau, HI 96755

(808) 889-0941

Mr. Gary K. H. Kam
235 South Beretania Street
Honolulu, HI 96813

(808) 586-1255

From Alexa Russell to Gary Kam Re: Laak Russell DOE 2003-052

Dear Mr. Kam,

This email will serve to memeorialize that I telephoned you from San Diego, California at approximately1:00 pm on August 13, 2003.

In that telephone conversation we discussed the following:

1) The three month stipulation that Katherine "Kate" Tolentino impossed on our possible settlement of $7,407 for the mileage reimbursement portion of the complaints stated for impartial hearing that is to be held on September 2, 2003 in North Kohala, Hawaii;

2) That you would call Kate and discuss this with her to find out why she is waiting three months after the agreement is signed;

3) The fact that settlement offer has not even been drafted yet and the deadline for acceptance was July 25, 2003;

4) That school starts on August 25, 2003 and the possible settlement should have been resolved and paid out by now;

5) And that you would get back to me regarding these loose ends to this possible settlement;

6) My discolsure to you that I would be proceeding with filings September 2, 2003 hearing;

7) That I informed newly assigned Administrative Hearings Officer Richard Young of the same.

Since I have not yet heard from you either by telephone or email in San Diego I will look forward to hearing from either by email or mail when I return to Hawaii late next week. I retreive my email quite often so email is most likely the best, efficient and economical way to communicate with one another.

Mahalo and Sincerely,

Alexa Russell

12

http://by5fd.bay5.hotmail.msn.com/cgi-bin/getmsg?curmbox=F000000001&a=c84e73df91...  8/17/2003

Mr. And Mrs. George Russell
P. O. Box 1132
Kapa'au, Hawai'i 96755

PHONE           (808) 889-0941
FAX             (808) 889-1412 (unlisted)
ahr6928@msn.com

OFFICE OF ADMINISTRATIVE HEARINGS
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

| | |
|---|---|
| In the Matter of ) | DOE 2003-052 |
| ) | |
| LAAK RUSSELL, by and ) | DECLARATION |
| through his parents, ) | |
| ALEXA and GEORGE RUSSELL, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF EDUCATION, ) | |
| STATE OF HAWAII ) | |
| ) | |
| Respondent. ) | |

DECLARATION

I, ALEXA RUSSELL, do hereby certify and declare that the attached and foregoing document is true and accurate to the best of my ability and I am compete to testify in a court of law to the same.

Dated: August 18, 2003                        San Diego, CA

                                              Alexa Russell, Pro Se, for the Petioners

Mr. And Mrs. George Russell
P. O. Box 1132
Kapa'au, Hawai'i 96755

PHONE        (808) 889-0941
FAX          (808) 889-1412 (unlisted)
ahr6928@msn.com

OFFICE OF ADMINISTRATIVE HEARINGS
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

| | |
|---|---|
| In the Matter of ) | DOE 2003-052 |
| ) | |
| LAAK RUSSELL, by and ) | CERTIFICATE OF SERVICE |
| through his parents, ) | |
| ALEXA and GEORGE RUSSELL, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF EDUCATION, ) | |
| STATE OF HAWAII ) | |
| ) | |
| Respondent. ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached and foregoing document has been mailed via U. S. Mail on this 18th day of August, 2003 to:

GARY K.H. KAM, ESQ.          RICHARD YOUNG
Attorney for the DOE          Administrative Hearings Officer
235 South Beretania Street    P. O. Box 541
Honolulu, HI 96813            Honolulu, HI 96809

(808) 586-1255                (808) 586-2828
FAX (808) 586-1488
gary.k.kam@hawaii.gov

*[Signature]*
August 18, 2003
San Diego, CA