| STATE OF HAWAI'I<br>DEPARTMENT OF EDUCATION<br>STUDENT TRANSPAORTATION SERVICE | REQUEST FOR STUDENT TO RIDE SCHOOL BUS ON A SPACE AVAILABLE BASIS |
|---|---|

- **PARENT**  to complete request and submit to school
- **SCHOOL**  to review and recommend action if appropriate and submit original to local DOE Student Transportation Service office. School, after receiving copy of approval /disapproval from TST to forward copy to parent.
- **STS**  to approve or disapprove request and forward copy to school.

**PARENT SUE:**

Name of parent/Guardian _____ Phone _____
Residence Address:_____
Name of Student: _____ School: _____ Age: _____
Type of Bus Services Requested:   ☐ Regular   ☐ Curb-to-curb   ☐ NCLB
Request to ride to on a space available basis because (Check applicable sections ):
  ☐ Reside less than a mile from school.
  ☐ Does not ride on a basis.
  ☐ On Geographic Exception.
  ☐ Desires transportation other than to and from residence area:( must fill in both lines)
        Location of morning pick-up: _____
        Location of afternoon drop off:_____
  ☐ Other
Remarks:

Reason(s) why request should be granted: (Attach note for further explanation, if necessary)

Duration: Starting and ending dates ( Not longer than current school year)_____

*I understand that the approval of this request is predicated on the availability of space and no additional cost involved and the service may be terminated by the Department at any time.*

_____    _____
Signature of parent/ guardian        Date

---

**SCHOOL RECOMMENDATION OT COMMENT:**

_____    _____
Signature of parent/ guardian        Date

---

**STS USE:**
☐ Approved     Comment:
☐ Disapproved

_____    _____
Signature of parent/ guardian        Date



EXHIBIT "D"