ALEXA RUSSELL
GEORGE W. RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapa'au, Hawai'i 96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | | |
|---|---|---|
| ALEXA RUSSELL, GEORGE W. RUSSELL, And LAAK RUSSELL, | ) ) ) | CIVIL NO. 03-00654 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **DECLARATION** ALEXA RUSSELL, |
| DEPARTMENT OF EDUCATION ["DOE"], STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools for the State of Hawai'i and the Board of Education for the State of Hawai'i and DOES 1-100, by and through their Attorney, MARK J. BENNETT, Attorney General for the State of Hawai'i. | ) ) ) ) ) ) ) ) ) ) | GEORGE W. RUSSELL, AND LAAK RUSSELL; The Honorable HELEN GILLMOR Chief U. S. District Judge, District of Hawai'i |

**DECLARATION**

We declare the above and foregoing to be true to the best of our knowledge and are competent to testify to the same.

DATED:     APRIL 18, 2007         KAPA'AU, HAWAI'I

_____
ALEXA RUSSELL, Plaintiff *Pro Se*

_____
GEORGE W. RUSSELL, Plaintiff *Pro Se*

_____
LAAK RUSSELL, Plaintiff *Pro Se*

1