ALEXA RUSSELL
GEORGE W. RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapa'au, Hawai'i 96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | | |
|---|---|---|
| ALEXA RUSSELL, GEORGE W. RUSSELL, And LAAK RUSSELL, | ) ) ) | CIVIL NO. 03-00654 |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE. |
| vs. | ) ) | |
| DEPARTMENT OF EDUCATION ["DOE"], STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools for the State of Hawai'i and the Board of Education for the State of Hawai'i and DOES 1-100, by and through their Attorney, MARK J. BENNETT, Attorney General for the State of Hawai'i. | ) ) ) ) ) ) ) ) ) ) | The Honorable HELEN GILLMOR Chief U. S. District Judge, District of Hawai'i |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING

DOCUMENT WAS DULY SERVED TO THE ADDRESSEES BELOW:

MARK J. BENNETT, ATTORNEY GENERAL STATE OF HAWAI'I
ARRON H. SCHULANER, Deputy Attorney General
HOLLY T. SHIKADA, Deputy Attorney General
425 QUEEN STREET
HONOLULU, HAWAI'I 96755

P:    (808) 586-1500
F:    (808) 586-1239

1

DATED:     APRIL 18, 2007          KAPA'AU, HAWAI'I

_____
ALEXA RUSSELL, Plaintiff *Pro Se*

_____
GEORGE W. RUSSELL, Plaintiff *Pro Se*

_____
LAAK RUSSELL, Plaintiff *Pro Se*