ALEXA RUSSELL
GEORGE W. RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapa'au, Hawai'i 96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | |
|---|---|
| ALEXA RUSSELL, GEORGE W. RUSSELL, And LAAK RUSSELL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION ["DOE"], STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools for the State of Hawai'i and the Board of Education for the State of Hawai'i and DOES 1-100, by and through their Attorney, MARK J. BENNETT, Attorney General for the State of Hawai'i. | CIVIL NO. 03-00654 HG-BMK<br><br>JUDICIAL NOTICE AND REQUEST FOR TELEPHONIC STATUS CONFERENCE; CERTIFICATE OF SERVICE.<br><br><br><br>The Honorable<br>HELEN GILLMOR<br>Chief U. S. District Judge,<br>District of Hawai'i |

## JUDICIAL NOTICE AND
## REQUEST FOR TELEPHONIC STATUS CONFERENCE

In light of the fact that the United States Supreme Court has made a landmark decision in an IDEA case such as this instant case, it is hereby respectfully requested that this court and all parties involved participate in a telephonic status conference within 90 days when from receipt of this Judicial Notice to review and discuss the impact of

1

*Winkleman v. Parma City School District* 550 U. S. ____ (2007), No. 05–983 as Argued February 27, 2007—Decided May 21, 2007. The opinion can be found at:

http://www.supremecourtus.gov/opinions/06pdf/05-983.pdf

We hope that this honorable court grants this request and prepares an order that the State of Hawai'i Attorney General's Office initiates the telephonic status conference.

We declare the above and foregoing to be true to the best of our knowledge and are competent to testify to same.

DATED:     MAY 31, 2007           KAPA'AU, HAWAI'I


_____
ALEXA RUSSELL, Plaintiff *Pro Se*

_____
GEORGE W. RUSSELL, Plaintiff *Pro Se*

_____
LAAK RUSSELL, Plaintiff *Pro Se*

ALEXA RUSSELL
GEORGE W. RUSSELL
LAAK RUSSELL
P. O. Box 1132
Kapa'au, Hawai'i 96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | |
|---|---|
| ALEXA RUSSELL, GEORGE W. RUSSELL, And LAAK RUSSELL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION ["DOE"], STATE OF HAWAI'I, and PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools for the State of Hawai'i and the Board of Education for the State of Hawai'i and DOES 1-100, by and through their Attorney, MARK J. BENNETT, Attorney General for the State of Hawai'i. | CIVIL NO. 03-00654<br><br>CERTIFICATE OF SERVICE.<br><br><br><br><br>The Honorable<br>HELEN GILLMOR<br>Chief U. S. District Judge,<br>District of Hawai'i |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING

DOCUMENT WAS DULY SERVED TO THE ADDRESSEES BELOW:

MARK J. BENNETT, ATTORNEY GENERAL STATE OF HAWAI'I
ARRON H. SCHULANER, Deputy Attorney General
HOLLY T. SHIKADA, Deputy Attorney General
425 QUEEN STREET
HONOLULU, HAWAI'I 96755

P:    (808) 586-1500
F:    (808) 586-1239

1

DATED:     MAY 31, 2007             KAPA'AU, HAWAI'I

_____
ALEXA RUSSELL, Plaintiff *Pro Se*

_____
GEORGE W. RUSSELL, Plaintiff *Pro Se*

_____
LAAK RUSSELL, Plaintiff *Pro Se*

2