ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2007

at 2 o'clock and 25 min P M
SUE BEITIA, CLERK

MARK J. BENNETT          2672
Attorney General of Hawaii

AARON H. SCHULANER       6954
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii   96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-Mail: aaron.h.schulaner@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALEXA and GEORGE W. RUSSELL, on behalf of their son, LAAK RUSSELL, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, PATRICIA HAMAMOTO, in her official capacity as Superintendent of Schools; and CHAIRPERSON OF THE BOARD OF EDUCATION, STATE OF HAWAII, and DOES 1-100,<br><br>Defendants. | CIVIL NO. 03-00654 HG-BMK<br><br>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' JUDICIAL NOTICE AND REQUEST FOR TELEPHONIC CONFERENCE FILED JUNE 1, 2007; CERTIFICATE OF SERVICE |

240455_1.DOC

## DEFENDANTS' ANSWERING BRIEF

Defendants, by and through their attorneys, Mark J. Bennett, Attorney General, and Holly T. Shikada and Aaron H. Schulaner, Deputy Attorneys General, hereby submit this memorandum in opposition to Plaintiffs' filing on June 1, 2007, entitled Judicial Notice and Request for Telephonic Status Conference.

Defendants have no objection to the Court taking judicial notice of Winkelman ex rel. Winkelman v. Parma City School Dist., 127 S.Ct. 1994, ___ U.S. ___ (2007). However, Defendants see no need for a telephonic conference to discuss the impact of the case. Specifically, to the extent the Winkelman case may have found that the parents of a special education student may have rights under the Individuals with Disabilities Education Act, Plaintiffs Alexa Russell and George W. Russell, jointly with Plaintiff Laak Russell, have already briefed the Court as to their claims through their Opening Brief and a Reply Brief to Defendants' Answering Brief. As such, there is no need for a telephonic status conference as of this time.

DATED: Honolulu, Hawaii, June 12, 2007.

_____
AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served, on this date, upon the following by U.S. Mail, addressed as follows:

ALEXA RUSSELL
GEORGE RUSSELL
LAAK RUSSELL
P.O. Box 1132
Kapa'au, Hawaii 96755

Plaintiffs *pro se*

DATED: Honolulu, Hawaii, June 12, 2007.

AARON H. SCHULANER
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendants

240455_1.DOC