AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| ALEXA and GEORGE W. RUSSELL on behalf of their son, LAAK RUSSELL, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL NO. 03-00654 HG-BMK |
| Plaintiff(s), | |
| V. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, and PATRICIA HAMAMOTO, et al | |
| Defendant(s). | |

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered for the foregoing reasons:

(1) Plaintiffs' "Judicial Notice and Request for Telephonic Status Conference" is **DENIED;**

(2) the hearings officer's October 28, 2003 "Findings of Fact, Conclusions of Law, and Decision" is **AFFIRMED;** and

(3) this case is **CONCLUDED.** Judgment shall be entered. IT IS SO ORDERED.,

pursuant to the "Order Affirming Hearings Officer's October 28, 2003 Decision" issued by Chief Judge Helen Gillmor on October 2, 2007.

| October 2, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |