UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 2, 2007

TO ALL COUNSEL

Re: CIVIL NO. 03-00654 HG-BMK
ALEXA and GEORGE W. RUSSELL on behalf of their son, LAAK RUSSELL, vs. DEPARTMENT OF EDUCATION, STATE OF HAWAII, and PATRICIA HAMAMOTO, et al

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on October 2, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: Bernadette Aurio
Deputy Clerk

cc: all counsel