Alexa N. Russell, Plaintiff *Pro Se*
George W. Russell, Plaintiff *Pro Se*
Laak G. Russell, Plaintiff *Pro Se*
P. O. Box 1132
Kapa'au, Hawai'i  96755

(808) 889-0941
ahr6928@msn.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2007

at 3 o'clock and 50 min, P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | |
|---|---|
| ALEXA N. RUSSELL, GEORGE W. RUSSELL and LAAK G. RUSSELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAII, and PATRICIA HAMAMOTO, in her official capacity As Superintendent of Schools, and Chairperson of the Board of Education State of Hawai'i, and DOES 1-100, <br><br> Defendants. | CIVIL NO.03-00654 HG-BMK <br><br> NOTICE OF APPEAL; CERTIFICATE OF SERVICE. |

**NOTICE OF APPEAL**

NOTICE is hereby given that ALEXA N. RUSSELL, GEORGE W. RUSSELL, and LAAK G. RUSSELL, all Plaintiffs *Pro Se*, in the above named case, hereby appeal to the United States Court of Appeals for the

1

Ninth Circuit from the ORDER AFFIRMING HEARINGS OFFICER'S OCTOBER 28, 2003 DECISION as filed and entered in this action on October 2, 2007 by the United States District Court for the State of Hawaii and as received by the Plaintiffs *Pro Se* on October 5, 2007.

DATED:   OCTOBER 25, 2007, KAPA'AU, HAWAI'I

_____   October 25, 2007
ALEXA N. RUSSELL

_____   October 25, 2007
GEORGE W. RUSSELL

_____   October 25, 2007
LAAK G. RUSSELL

Alexa N. Russell, Plaintiff *Pro Se*
George W. Russell, Plaintiff *Pro Se*
Laak G. Russell, Plaintiff *Pro Se*
P. O. Box 1132
Kapa'au, Hawai'i  96755

(808) 889-0941
ahr6928@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAI'I

| | |
|---|---|
| ALEXA N. RUSSELL, GEORGE W. RUSSELL and LAAK G. RUSSELL, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAII, and PATRICIA HAMAMOTO, in her official capacity As Superintendent of Schools, and Chairperson of the Board of Education State of Hawai'i, and DOES 1-100, <br><br> Defendants. | CIVIL NO.03-00654 HG-BMK <br><br> CERTIFICATE OF SERVICE. |

**CERTIFICATE OF SERVICE**

Plaintiffs *Pro Se* hereby certify that the attached, NOTICE OF APPEAL, has been mailed by U. S. Mail to counsel below at the last known address herein on this 25th Day of October 2007:

1

MARK BENNENT, Attorney General, State of Hawai'i
STELLA M. KAM, Deputy Attorney General, State of Hawai'i
Department of Attorney General
Education Division
235 S. Beretania Street, Room 304
Honolulu, HI  96813


DATED:    OCTOBER 25, 2007, KAPA'AU, HAWAI'I


_____ October 25, 2007
ALEXA N. RUSSELL


_____ October 25, 2007
GEORGE W. RUSSELL


_____ October 25, 2007
LAAK G. RUSSELL

Russell
Box 1132
Kapaau, HI 96755

FIRST CLASS

United States District Court
District of Hawaii
300 Ala Moana Blvd
Room C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK US DISTRICT COURT
OCT 29 2007
3:50 pm
DISTRICT OF HAWAII

FIRST CLASS
FIRST CLASS

U.S. POSTAGE PAID
KAPAAU HI
96755
OCT 26 07
AMOUNT
$1.99
0008993-01