# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**     Alexa N. Russell, et al., vs. Department of Education, State of Hawaii, et al.,

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**    Civil No. 03-00654HG-BMK

II     **DATE NOTICE OF APPEAL FILED:**    October 29, 2007

III     **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP granted 12/10/03

    **DOCKET FEE PAID ON:**             **AMOUNT:**

    **NOT PAID YET:**                   **BILLED:**

    **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**         **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**     **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 6, 2007

To All Counsel of Record as Appellees:

    IN RE:    Alexa N. Russell, et al., vs. Department of Education, State of Hawaii, et al.,

                Civil No. 03-00654HG-BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 29, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                            Sincerely Yours,
                                            SUE BEITIA, CLERK

                                            by: Laila M. Geronimo
                                            Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
    Alexa N. Russell, et al., (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS