AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | **242765** |
| Trans | 149985 |

Received From:  **ALEXA RUSSELL**

Case Number:

Reference Number:  **CV 03-654**  *HG - BMK*

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

| | |
|---|---|
| **Total** | **455.00** |
| Tend | 455.00 |
| Due | 0.00 |

03/03/2008 12:53:01 PM        Deputy Clerk: ag/AG