# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 242905 |
| Trans | 150173 |

Received From: **ALEXA RUSSELL**

Case Number:

Reference Number: CV 03-654 HG-BMK

| | | | |
|---|---|---|---|
| | Check | | 500.00 |
| | Total | | 500.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| RETURNED CHECK | 322360 | 1 | 25.00 |
| RETURNED CHECK | 510000 | 1 | 20.00 |
| | | Total | 500.00 |
| | | Tend | 500.00 |
| | | Due | 0.00 |

03/13/2008 01:56:06 PM     Deputy Clerk: lg/LG